ORIGINAL

AO 442 (12/85) Warrant for Arrest

9560172

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,      **WARRANT FOR ARREST**

vs.

AARON BLAKE BUCKLEY      CASE NO. 1:14-CR-227 - 1 - TCB
**AGENT TO ARREST**      ~~UNDER SEAL~~

JUN 19 '14 AM 9:40 USMS NGA

To:    The United States Marshal
       and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest AARON BLAKE BUCKLEY and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy to commit criminal copyright infringement in violation of **Title 17, United States Code, Section(s) 506(a)(1)(A) and Title 18, United Sates Code, Section(s) 2319(b)(1) and 2.**

JAMES N. HATTEN                     Clerk, U.S. District Court
Name of Issuing Officer                   Title of Issuing Officer

*[signature]*                      June 18, 2014 at Atlanta, Georgia
Signature of Issuing Officer               Date and Location

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 07 2014
JAMES N. HATTEN, Clerk
By: *[signature]* Deputy Clerk

Bail Fixed at $ _____            By: _____
                                            Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

76I    S/MS

Date Received:   6-19-14         James Burton, S/A
                                              Name and Title of Arresting Officer

Date of Arrest:   7-31-14         *[signature]* Chris Burton, USMS N/GA
                                              Signature of Arresting Officer

# 18057-043

ORIGINAL

AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,     **WARRANT FOR ARREST**

vs.

AARON BLAKE BUCKLEY          CASE NO. 1:14-CR-227
AGENT TO ARREST              ~~UNDER SEAL~~

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest AARON BLAKE BUCKLEY and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy to commit criminal copyright infringement in violation of Title 17, United States Code, Section(s) 506(a)(1)(A) and Title 18, United Sates Code, Section(s) 2319(b)(1) and 2.

JAMES N. HATTEN                              Clerk, U.S. District Court
Name of Issuing Officer                       Title of Issuing Officer

_[signature]_                                 June 18, 2014 at Atlanta, Georgia
Signature of Issuing Officer                  Date and Location

Bail Fixed at $_____                       By: _____
                                              Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 0 7 2014
JAMES N. HATTEN, Clerk
By: _[signature]_ Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

1317 Gulfport, MS

Date Received:  07/29/2014           SA James M. Brinton, Jr. FBI
                                     Name and Title of Arresting Officer

Date of Arrest:  07/31/2014          _[signature]_
                                     Signature of Arresting Officer