FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG 15 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.

Aaron Blake Buckley

CASE NUMBER:
(SUPERSEDING) 1:15CR 0227-1

### DEFENDANT'S ENTRY OF A PLEA OF NOT GUILTY
### AND WAIVER OF APPEARANCE AT ARRAIGNMENT

I, Aaron Blake Buckley, the above named defendant, acknowledge that I have received a copy of the indictment, that I understand I have the right to appear personally at my arraignment pursuant to Rule 43 of the Federal Rules of Criminal Procedure, and that I have the right to have the indictment read to me in open court pursuant to Rule 10 of the Federal Rules of Criminal Procedure. Understanding my rights, I do hereby freely and voluntarily waive my right to be present at my arraignment on the indictment and my right to have the indictment read to me in open court. I have discussed the charges in the indictment and the waiver of appearance at arraignment with my attorney and I fully understand the nature of the offenses charged in the indictment and the right to appear at arraignment. As evidenced by my signature affixed below, I do hereby waive formal arraignment and enter my plea of NOT GUILTY to the indictment.

This 12th day of August, 2014.

_____
SIGNATURE (Attorney for Defendant)
Judy Fleming

Aaron Blake Buckley
SIGNATURE (Defendant)

**INFORMATION BELOW MUST BE TYPED OR PRINTED**

_____
Name (Attorney for Defendant)

13505 Wolf Ridge Rd
Street

_____
City & State    Zip Code

Phone Number _____

Aaron Blake Buckley
Name (Defendant)

13505 Wolf Ridge Rd
Street

Moss Point, Mississippi, 39562
City & State    Zip Code

Phone Number 228-990-4542