FILED IN OPEN COURT
U.S.D.C  Atlanta

SEP 04 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL INDICTMENT |
| v. | : NO. 1:14-CR-00227-TCB-RGV |
| | : |
| AARON BLAKE BUCKLEY, | : |
| Defendant. | : |

## ORDER

Jay L. Strongwater, has been appointed under the Criminal Justice Act, 18 U.S.C. 3006A et seq., to represent the defendant, Aaron Blake Buckley, in the above styled case. Under the provisions of that Act, counsel is qualified and entitled to receive the air fare and car rental rates quoted for government employees. Counsel is further authorized to travel to Moss Point, Mississippi in connection with his representation of the defendant. Counsel may apply for immediate reimbursement of his out-of-pocket expenses.

This the 4th day of September, 2014.

_____
Russell G. Vineyard
United States Magistrate Judge

Submitted by:

/S/ Jay L. Strongwater
Jay L. Strongwater
Georgia Bar. No. 688750
1360 Peachtree Street
Suite 910
Atlanta, Georgia 30309
(404) 872-1700