FILED IN OPEN COURT
U.S.D.C Atlanta

SEP 04 2014

JAMES N. HATTEN, Clerk
By: Pam    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:14-cr-227 |
| AARON BLAKE BUCKLEY, ) | |
| DAVID LEE, AND ) | |
| GARY EDWIN SHARP II, A.K.A. ) | |
| GARY EDWIN SHARP, JR. | |

PROPOSED ORDER

This matter comes before the court on Defendants' Joint Unopposed Motion for Extension of Time to File Pretrial Motions. Having shown good cause, it is hereby **ORDERED** that the motion be **GRANTED**. Pretrial motions are now due on December 2, 2014.

The court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the Defendants in a speedy trial. Failure to grant this continuance would deny counsel for the Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and, failure to grant this continuance would unreasonably deny the Defendants continuity of counsel. Therefore, pursuant to Title 18 United States Code, Section 3161(h)(8)(A) and (B), the Clerk is **DIRECTED** to exclude from

computation under the Speedy Trial Act the period of delay from September 2, 2014 to December 2, 2014.

**IT IS SO ORDERED** this 4th day of September, 2014.

_____
RUSSELL G. VINEYARD
UNITED STATE MAGISTATE JUDGE