# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:14-cr-00227-TCB-RGV
## USA v. Buckley et al
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 04/10/2018.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 10:29 A.M.    COURT REPORTER: Lori Burgess
TIME IN COURT: 00:24                DEPUTY CLERK: Suzy Edwards
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Aaron Blake Buckley Present at proceedings |
| ATTORNEY(S) PRESENT: | Christopher Bly representing USA<br>Jay Strongwater representing Aaron Blake Buckley |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#1-[164]Motion for Downward Departure GRANTED |
| MINUTE TEXT: | See Judgment in a Criminal Case for sentence. |
| HEARING STATUS: | Hearing Concluded |